# United States Court of Appeals for the Fifth Circuit

————————

No. 22-10874
Summary Calendar

————————

United States Court of Appeals
Fifth Circuit

**FILED**
March 21, 2024

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Dwayne Gregory Johnson,

*Defendant—Appellant*.

————————————————————

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:20-CR-356-2

————————————————————

Before King, Haynes, and Graves, *Circuit Judges*.

Per Curiam:[*]

The attorney appointed to represent Dwayne Gregory Johnson has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Johnson has filed two responses. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as

————————————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 22-10874

Johnson's responses. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.